# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | No. 3:17cr10 |
| | : | |
| | : | (Judge Munley) |
| v. | : | |
| | : | |
| | : | |
| AL T. HUGHES, | : | |
| Defendant | : | |

## ORDER

**AND NOW**, to wit, this 7th day of June 2018, Defendant Al T. Hughes'

motion to dismiss and for a Kastigar hearing or to suppress (Doc. 43) is hereby

**DENIED**.

BY THE COURT:


s/ James M. Munley
JUDGE JAMES M. MUNLEY
United States District Court